UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JACQUELINE ORTIZ GONZALEZ,

    Plaintiff(s),

SEARS HOLDING COMPANY a/k/a SEARS ROEBUCK OF PUERTO RICO, INC.; MELVIN FONSECA; MELISSA NEGRON,

    Defendant(s).

Civil No. 11-1468 (DRD)

## JUDGMENT

For the reasons set forth in the *Opinion and Order* of even date, Docket No. 84, summary judgment is granted. All federal causes of action are dismissed with prejudice, and all state causes of action are dismissed without prejudice.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 30th day of September, 2013.

                                        s/Daniel R. Domínguez
                                        DANIEL R. DOMINGUEZ
                                        United States District Judge